UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV25-05325 JAK (PDx) | Date | October 20, 2025 |
| Title | Joseph Roszhart v. Mindlance Inc. et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Daniel Torrez | Miriam Veliz-Baird |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Krishna Rengan | Jonathan Heller (video) |

**Proceedings:**    **PLAINTIFF JOSEPH ROSZHART'S NOTICE OF MOTION AND MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447 (DKT. 16)**

The motion hearing is held in person and via Zoom. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

:

Initials of Preparer    DT